KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
CUNNINGHAM DUCT WORK
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
..................................................................x
IN RE LOWER MANHATTAN DISASTER SITE          21 MC 102 **(AW)**
LITIGATION
..................................................................x
JANETH CASTRO,                                **DOCKET NO.**
                                              <u>**07-CV-08279-AKH**</u>
                        Plaintiff,
    -against-

100 CHURCH, LLC, 80 LAFAYETTE ASSOCIATES,
LLC., AMBIENT GROUP, INC., B.R.FRIES &
ASSOCIATES. BLUE MILLENNIUM REALTY LLC,
CENTURY 21, INC., CUNNINGHAM DUCT
CLEANING CO., GPS ENVIRONMENTAL
CONSULTANTS, INC., GRUBB & ELLIS
MANAGEMENT SERVICES, HILLMAN                  **NOTICE OF ADOPTION**
ENVIRONMENTAL GROUP, LLC                      **OF ANSWER TO**
INDOOR AIR PROFESSIONALS, INC.,               **MASTER COMPLAINT**
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASKO RESTORATION SERVICES CO., LAW
ENGINEERING, P.C., MAYORE ESTATES LLC
MAYORE ESTATES LLC and 80 LAFAYETTE
ASSOCIATION, LLC as TENANTS IN COMMON,
MERILL LYNCH & CO., INC., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC.,
SENEX GREENWICH REALTY ASSOCIATES, LLC
STONER AND COMPANY, INC., TRC ENGINEERS,
INC., and ZAR REALTY MANAGEMENT
CORP., et al.
                        Defendants.
..................................................................x

**PLEASE TAKE NOTICE**, that defendant CUNNINGHAM DUCT WORK ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its

Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

**WHEREFORE**, the defendant, CUNNINGHAM DUCT CLEANING CO., INC., demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
November 30, 2007

                                       Respectfully submitted,
                                       RUSSO, KEANE & TONER, LLP

                                       By: __s/ Kevin G. Horbatiuk_____
                                             KEVIN G. HORBATIUK (KGH-4977)
                                       26 Broadway Suite 2800
                                       New York, New York 10004
                                       (212) 482-0001
                                       Attorneys for Defendant
                                       CUNNINGHAM DUCT WORK
                                       RKT File No.: 824.078

TO: CHRISTOPHER R. LoPALO, ESQ., (CL-6466)
       WORBY GRONER EDELMAN NAPOLI & BERN, LLP
       Attorney for Plaintiffs
       115 Broadway 12th Floor
       New York, New York 10006
       (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that on the 30th day of November, 2007, I electronically filed the foregoing NOTICE OF ADOPTION OF ANSWER BY DEFENDANT CUNNINGHAM DUCT CLEANING WORK with the Clerk of the Court using the CM/ECF System which sends notification of appearing parties.

>RUSSO, KEANE & TONER, LLP
>
>By: s/Kevin G. Horbatiuk
>      Kevin G. Horbatiuk (KGH-4977)
>Attorneys for Defendant
>CUNNINGHAM DUCT CLEANING WORK
>26 Broadway - 28th Floor
>New York, New York 10004
>(212) 482-0001
>RKT File # 820.078