UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                    21 MC 102 (AKH)

---

JANETH CASTRO,                                         07-CV-8279 (AKH)

                    Plaintiff,

  -against-

100 CHURCH, LLC, ET. AL.,

                    Defendants.

---

## NOTICE OF APPEARANCE

Please enter the appearances of John J. Henry, Esq., and William S. Nolan, Esq. of the law firm of Whiteman Osterman & Hanna LLP, as counsel for Defendant TRC Engineers, Inc. in the above-captioned actions.

Dated: Albany, New York
       December 6, 2007          WHITEMAN OSTERMAN & HANNA LLP

                                       BY: _____
                                          John J. Henry (JH-7137)
                                          Williams S. Nolan (WN-8091)
                                          Attorneys for Defendant
                                              TRC Engineers, Inc.
                                          One Commerce Plaza
                                          Albany, New York  12260
                                          (518) 487-7650

## CERTIFICATE OF SERVICE

I, Carrie L. Lalyer, hereby certify that a true and correct copy of Defendant TRC Engineers, Inc.'s Notice of Appearance was served this 6th day of December, 2007, via ECF upon the ECF participants.

_____
Carrie L. Lalyer