Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
STONER AND COMPANY, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

JANETH CASTRO,                               Index No.: 07-CV-8279

                      Plaintiff(s),       **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

   -against-

                                                             **ELECTRONICALLY FILED**

100 CHURCH, LLC, *et al.*,

                      Defendant(s).
------------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendant, STONER AND COMPANY, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendant, STONER AND COMPANY, INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
December 7, 2007

                                Yours etc.,

                                McGIVNEY & KLUGER, P.C.
                                Attorneys for Defendant
                                STONER AND COMPANY, INC.

                                By: _____
                                    Richard E. Leff (RL-2123)
                                    80 Broad Street, 23rd Floor
                                    New York, New York 10004
                                    (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel