Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GRUBB & ELLIS MANAGEMENT SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

JANETH CASTRO,                                    Index No.: 07-CV-8279
     Plaintiff(s),
               **NOTICE OF ADOPTION OF ANSWER**
 -against-            **TO MASTER COMPLAINT**

100 CHURCH, LLC, *et al.*,     **ELECTRONICALLY FILED**

     Defendant(s).
------------------------------------------------------------X

  PLEASE TAKE NOTICE that Defendant, GRUBB & ELLIS MANAGEMENT SERVICES, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

  WHEREFORE, the defendant, GRUBB & ELLIS MANAGEMENT SERVICES, INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
December 13, 2007

> Yours etc.,
>
> McGIVNEY & KLUGER, P.C.
> Attorneys for Defendant
> GRUBB & ELLIS MANAGEMENT SERVICES, INC.
>
> By: _____
> Richard E. Leff (RL-2123)
> 80 Broad Street, 23rd Floor
> New York, New York 10004
> (212) 509-3456

TO:　WORBY GRONER & NAPOLI BERN, LLP
　　　Plaintiffs Liaison
　　　In Re Lower Manhattan Disaster Site
　　　Litigation
　　　115 Broadway, 12th Floor
　　　New York, New York 10006
　　　(212) 267-3700

　　　All Defense Counsel

2